# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:05CR16

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Vs. | ) | **ORDER** |
| | ) | |
| DENNIS VANDYKE. | ) | |
| | ) | |

**THIS MATTER** is before the court on paper writings sent directly to the court by defendant. It appearing that defendant is represented by counsel, the court will forward the originals of these papers to defense counsel to determine whether they should be filed or otherwise used in this matter.

Defendant is cautioned that he is not allowed to send letters to a judge of this court, but should send such material and correspondence to his lawyer. By sending private correspondence to the court he is engaging in *ex parte* communications, which is not legal or fair in that counsel for the United States is not privy to such communications.

## ORDER

**IT IS, THEREFORE, ORDERED** that the paper writings contained in a envelope received on December 15, 2005, shall be **FORWARDED** by the Clerk of this court to counsel of record for defendant.

Defendant is, hereby, instructed to cease sending materials to any judge of this court and to instead send such materials to his lawyer. Any such materials received in chambers in the future will simply be marked as "refused."

**Signed: December 16, 2005**

_Dennis L. Howell_
Dennis L. Howell
United States Magistrate Judge