


RECEIVED
JUDGES CHAMBERS

FEB 1 0 2006

U.S. DISTRICT COURT
ASHEVILLE, N.C.

**U. S. Department of Justice**

Federal Bureau of Prisons

*Federal Correctional Complex*

*Federal Medical Center*
*P. O. Box 1600*
*Butner, NC 27509*
*(919) 575-3900*

February 6, 2006

The Honorable Lacy H. Thornburg
United States District Court
Western District of North Carolina
241 United States Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, North Carolina 28801-2611

FILED
ASHEVILLE, N. C.

FEB 1 4 2006

U.S. DISTRICT COURT
W. DIST. OF N. C.

RE:  VANDYKE, Dennis
     Register Number:   15740-058
     Docket Number:     1:05CR16

Dear Judge Thornburg:

The above-referenced individual was admitted to the Mental Health Unit of this facility on January 25, 2006, pursuant to the provisions of Title 18, United States Code, Section 4241(d).

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. Vandyke, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution. If this request is granted, the evaluation period will end on May 24, 2006. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Warden
FCC, Butner (Medical)

AFB/kf

GRANTED/DENIED (Circle One)

Signature: _____        DATE: 2-13-06
           District Judge Lacy H. Thornburg

cc:  Richard Edwards, Assistant United States Attorney
     Charles McKeller, Attorney