

# U.S. Department of Justice

Federal Bureau of Prisons

*Federal Correctional Complex*

P. O. Box 1600
Butner, NC 27509
(919) 575-3900

April 17, 2007

FILED
ASHEVILLE, N.C.

MAY 07 2007

U.S. DISTRICT CO...
W. DIST. OF N.C

The Honorable Dennis L. Howell
United States District Court
Western District of North Carolina
241 United States Courthouse
Veach-Baley Federal Complex
100 Otis Street
Asheville, North Carolina 28801-2611

RE: VANDYKE, Dennis
    Register Number: 15740-058
    Docket Number: 1:05CR16

Dear Judge Howell:

The above-referenced individual was admitted to the Mental Health Unit of this facility on April 10, 2007, pursuant to the provisions of Title 18, United States Code, Section 4242.

Currently, the assigned Treatment Team members are conducting interviews and psychological testing with Mr. VanDyke, which are necessary to complete his evaluation. In order to provide the Court with a comprehensive evaluation, I respectfully request that his evaluation period begin on the date of his arrival at this institution and be extended an additional 30 days. If this request is granted, the evaluation period will end on May 24, 2007. My staff will attempt to complete the evaluation as soon as possible and have a final report to the Court within 14 days of the end date. If you concur, please forward a copy of the amended Order by fax machine to (919) 575-4866 to the attention of Inmate Systems Management and send a certified copy to the Records Office at FMC Butner.

I thank you in advance for your assistance in this matter. If you are in need of additional information, please contact me.

Respectfully,

A.F. Beeler, Complex Warden
FCC, Butner

AFB/deh

**GRANTED**/DENIED (Circle One)

Signature: _Dennis L. Howell_      DATE: April 27, 2007
    Magistrate Judge Dennis L. Howell

cc: Richard Edwards, Assistant United States Attorney
    Charles McKeller, Attorney